NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CPI CARD GROUP - MINNESOTA, INC.,**
*Appellant*

**v.**

**MULTI PACKAGING SOLUTIONS, INC.,**
*Appellee*

_____

2019-1616

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01650.

_____

**JUDGMENT**

_____

SCOTT MICHAEL FLAHERTY, Taft Stettinius & Hollister LLP, Minneapolis, MN, argued for appellant. Also represented by KAREN DIANE MCDANIEL, AARON M. JOHNSON.

MARK D. ROWLAND, Ropes & Gray LLP, East Palo Alto, CA, argued for appellee. Also represented by KEYNA T. CHOW, GABRIELLE E. HIGGINS, HENRY HUANG; DOUGLAS HALLWARD-DRIEMEIER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 16, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court